UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| INTERNATIONAL HOLDINGS, LLC | : | CASE NO. 20-63869-SMS |
| | : | |
|    DEBTOR. | : | |
| _____ | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
|    MOVANT. | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| INTERNATIONAL HOLDINGS, LLC, | : | |
| | : | |
|    RESPONDENT. | : | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS**

COMES NOW the United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. 586(a), and respectfully moves this Court to enter an order dismissing this case. As cause therefore, the United States Trustee shows as follows:

1. On March 3, 2020, INTERNATIONAL HOLDINGS, LLC, ("Debtor") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code.

2. Debtor's petition indicates that it is a corporation. Johnathan Clark signed the petition as the authorized representative of the Debtor, with the title of Manager.

1

3.     The box on the petition marked "Signature of Attorney" is blank.  The petition does not bear the signature of an attorney.  Therefore, it appears that the corporate debtor commenced this case *pro se*.

4.     It does not appear the Debtor has filed an application to employ an attorney.

5.     Debtor has not filed a Statement of Financial Affairs, nor has it filed any schedules.

6.     Pursuant to applicable bankruptcy and federal law, a corporation, partnership, or association may not proceed *pro se* in bankruptcy.  *National Independent Theatre Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602 (11th Cir. 1984), *cert. denied*, 471 U.S. 1056, 105 S. Ct. 2120 (1985)(corporations); *First Amendment Foundation Village of Brookfield,* 575 F. Supp. 1207 (N.D. Ill. 1983)(partnerships); *Church of the New Testament v. United States of America*, 783 F.2d 771 (9th Cir. 1986)(associations).  *See also* Bankruptcy Rule 9010 and the accompanying Advisory Committee Note.

   WHEREFORE, the United States Trustee respectfully requests that this Court dismiss this case, and grant any other or further relief the Court deems appropriate.

   Date:  March 5, 2020.

>   NANCY J. GARGULA
>   UNITED STATES TRUSTEE, REGION 21
>
>   */s/ Shawna Staton*
>   Shawna Staton
>   Georgia Bar No. 640220
>   United States Department of Justice
>   *Office of the United States Trustee*
>   Suite 362, Richard B. Russell Building
>   75 Ted Turner Drive, S.W.
>   Atlanta, Georgia  30303
>   Phone: 404-331-4437, Ext. 152
>   Email: *Shawna.P.Staton@usdoj.gov*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| INTERNATIONAL HOLDINGS, LLC | : | CASE NO. 20-63869-SMS |
| | : | |
|    DEBTOR. | : | |
| _____ | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
|    MOVANT. | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| INTERNATIONAL HOLDINGS, LLC, | : | |
| | : | |
|    RESPONDENT. | : | |

## **NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the United States Trustee has filed a **Motion to Dismiss** this case.

**PLEASE TAKE FURTHER NOTICE** that the court will hold a hearing on the Motion at the United States Bankruptcy Court, Northern District of Georgia, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Courtroom 1201, Atlanta, Georgia 30303 on **Wednesday, April 1, 2020, at 10:30 a.m.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk is, U.S. Bankruptcy Court, Richard B. Russell Federal

3

Building, 75 Ted Turner Drive, SW, 13th Floor, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Date: March 5, 2020

                                NANCY J. GARGULA
                                UNITED STATES TRUSTEE, REGION 21

                                */s/ Shawna Staton*
                                Shawna Staton
                                Georgia Bar No. 640220

United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437, ext. 152
*Shawna.P.Staton@usdoj.gov*

# CERTIFICATE OF SERVICE

     I hereby certify that I am over the age of 18 and that on March 5, 2020, I caused a true and correct copy of the foregoing motion to dismiss and notice of hearing to be deposited in the U.S. Mail with correct first class postage affixed, addressed as follows:

| | |
|---|---|
| International Holdings, LLC<br>7641 Kevin Place<br>Jonesboro, GA 30236-2846 | RS Lending, Inc.<br>525 Market St., Suite 2800<br>San Francisco, GA 94105-2736 |
| Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington DC 20200 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | |

Date: March 5, 2020

                                                        */s/ Shawna Staton*