IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT GEORGIA

2020 MAR 17 PM 1:24

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| INTERNATIONAL HOLDINGS LLC | * | CASE NO.: **20-63869-sms** |
| | * | |
| | * | CHAPTER: **11** |
| | * | |
| | * | JUDGE: **Sage M. Sigler** |
| Debtor. | * | |
| | * | |

## MOTION FOR EXTENSION OF TIME TO CONSULT AND RETAIN SERVICES OF AN ATTORNEY

COMES NOW, the Debtor in the above-styled action and file herewith a Motion To Consult and Retain Services of an Attorney and shows the Court as follows:

1.

Debtor filed a petition for Relief under 11 U.S.C. Chapter 11 on March 3, 2020, and is therefore subject to the jurisdiction of this Court.

2.

This Court has jurisdiction over this Motion pursuant to 11 U.S.C. § 362.

3.

Debtor respectfully requests time to consult and to retain the services of an Attorney to represent Debtor in Chapter 11 Bankruptcy Proceedings.

4.

As to all creditors under 11 U.S.C. §(c)(3)(C)(i), Debtor has filed this present case in good faith. Debtor has not had any previous cases filed within the preceding one (1) year period.

**WHEREFORE** Debtor prays as follows:

(i)  The Court find Debtor's instant Chapter 11 Bankruptcy Case No. 20-63869 to be filed in good faith;

(ii)  The Court enter an order granting an extension of time to consult and retain an Attorney with the Court;

(iii)  Such other and further relief as the Court deems appropriate and necessary.

This 17th day of March 2020.

Respectfully Submitted,

*/s/ J. Clark*
Johnathan Clark
Manager
International Holdings LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| INTERNATIONAL HOLDINGS LLC | * | CASE NO.: 20-63869-sms |
| | * | |
| | * | CHAPTER: 11 |
| | * | |
| | * | JUDGE: Sage M. Sigler |
| Debtor. | * | |
| | * | |

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on or about March 17, 2020, I served a copy of the foregoing MOTION FOR EXTENSION OF TIME TO CONSULT AND RETAIN SERVICES OF AN ATTORNEY by first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the following addresses stated:

Date: March 17, 2020

Respectfully,

_____
Johnathan Clark
Manager
International Holdings LLC

Office of Trustee
United States Bankruptcy Court
Northern District of Georgia
75 Ted Turner Drive SW
Suite 362
Atlanta, GA 30303