

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

MAR 15 2020

By: M. Regina Thomas, Clerk
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

IN RE:                                              :
                                                    :      **GENERAL ORDER 31-2020**
**RESET OF §341 MEETINGS OF CREDITORS**             :
**SCHEUDLED BETWEEN MARCH 16, 2020**                :
**AND APRIL 10, 2020**                              :

Because of the developing issues with the COVID-19 virus and the national and state declarations of emergency by the President of the United States and the Governor of Georgia, §341 meetings of creditors scheduled in all bankruptcy cases (Chapters 7, 11 12, 13 and Subchapter V cases), including reset and continued meetings, pending in all divisions of the Northern District of Georgia (Atlanta, Gainesville, Rome and Newnan Divisions) beginning Monday March 16, 2020 through Friday April 10, 2020 are **RESET**. A notice of the reset §341 meeting date, and in chapter 13 cases the associated confirmation hearing will be issued by the Court. The Clerk of Court is directed to docket this order in each affected case and serve the reset notice on the debtor(s), debtor(s)' counsel and all parties in interest.

Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the Court's website, (www.ganb.uscourts.gov) prior to the reset dates for updates on court operations including whether the §341 meetings will be further reset, conducted telephonically, held by some other method, or held in different locations.

If you are not represented by any attorney, please email info@ganb.uscourts.gov with any questions.

SO ORDERED this 15th day of March, 2020.

*Wendy L. Hagenau*
WENDY L. HAGENAU, CHIEF JUDGE
United States Bankruptcy Court
For the Court